UNITED STATES of America,
Plaintiff—Appellee,

v.

Eliseo ZAPATA–RODRIGUEZ,
Defendant—Appellant.

No. 04–10021.

D.C. No. CR–03–00573–EHC.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Michael T. Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gary M. Restaino, Assistant U.S. Attorney, Phoenix, AZ, Alex Gonzalez, Gonzalez & Smith, Mesa, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM **

Eliseo Zapata–Rodriguez appeals his guilty-plea conviction and 94–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Zapata–Rodriguez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Zapata–Rodriguez has not filed a pro se supplemental brief.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

